FILED
John E. Triplett, Acting Clerk
United States District Court

*By MGarcia at 10:32 am, May 28, 2020*

# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

AMY MOORE,

    Plaintiff,

    v.

CIGNA LIFE INSURANCE COMPANY OF
NEW YORK and THE PFIZER LONG
TERM DISABILITY PLAN,

    Defendants.

No. 2:20-CV-046

## ORDER

Before the Court is the Parties' stipulation of dismissal, dkt. no. 10, wherein they inform the Court that they wish to dismiss Defendant The Pfizer Long Term Disability Plan ("Pfizer") as a defendant in this action. The stipulation meets the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted against Defendant Pfizer in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate Pfizer as a defendant in this action. Plaintiff's claims against Defendant Cigna Life Insurance Company of New York remain pending.

**SO ORDERED**, this 28th day of May, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA